**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

   -and-

HANNAH ROSS
(hannah@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Plaintiff City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, ROBERT H. SWAN, GEORGE S. DAVIS, and VENKATA S.M. RENDUCHINTALA,<br><br>        Defendants. | Case No. 3:20-cv-06493-WHA<br><br>**NOTICE OF PUBLICATION**<br><br><u>CLASS ACTION</u> |

Pursuant to Civil Local Rule 23-1(a), appended hereto as Exhibit A is a copy of the notice of pendency of the above-captioned action (the "Action") that counsel for Plaintiff City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust caused to be published on September 16, 2020, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A).  On July 28, 2020, prior to the filing of the Action, a notice of pendency of a substantially similar action captioned *Huang v. Intel Corporation,* No. 20-cv-05194 (N.D. Cal.) (the "*Huang* Action"), was published on *Business Wire* (appended hereto as Exhibit B).  Accordingly, pursuant to the PSLRA, the notice of pendency of the Action references a lead plaintiff motion deadline of September 28, 2020—*i.e.*, sixty (60) days from publication of the notice of pendency of the *Huang* Action.  15 U.S.C. § 78u-4(a)(3)(A).

DATED: September 28, 2020

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3470

-and-

HANNAH ROSS
(hannah@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:     (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Plaintiff City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
ROBERT D. KLAUSNER
(bob@robertdklausner.com)
STUART A. KAUFMAN

(stu@robertdklausner.com)
7080 NW 4th Street
Plantation, FL 33317
Tel:     (954) 916-1202
Fax:     (954) 916-1232

*Additional Counsel for Plaintiff City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust*

# EXHIBIT A

# Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Intel Corporation

NEWS PROVIDED BY
**Bernstein Litowitz Berger & Grossmann LLP** →
Sep 16, 2020, 18:53 ET

NEW YORK, Sept. 16, 2020 /PRNewswire/ -- September 16, 2020 – Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action lawsuit for violations of the federal securities laws against Intel Corporation ("Intel" or the "Company") and certain of the Company's current and former senior executives (collectively, "Defendants"), on behalf of investors in Intel common stock between October 25, 2019 and July 23, 2020, inclusive (the "Class Period").  The case was filed in the U.S. District Court for the Northern District of California.

BLB&G filed this action on behalf of its client, City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust, and the case is captioned *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Intel Corporation*, No. 3:20-cv-06493 (N.D. Cal.).  The complaint is based on an extensive investigation and a careful evaluation of the merits of this case.  A copy of the complaint is available on BLB&G's website by clicking here.  This case is related to a previously filed securities class action pending against Intel captioned *Huang v. Intel Corporation*, No. 5:20-cv-05194 (N.D. Cal.).

**Intel's Alleged Fraud**

Based in Santa Clara, California, Intel designs and manufactures microprocessors and other semiconductor components that are used in computers, data centers, communications infrastructure, and other devices.  The claims alleged in this case arise from Defendants' misrepresentations regarding Intel's development and manufacturing of a new seven-nanometer chip.

The complaint alleges that, throughout the Class Period, Defendants made false and misleading statements regarding the status of Intel's production of its new seven-nanometer technology, assuring investors that the Company was making "good progress" and that its first seven-nanometer product was "on track" to launch by late 2021.  Intel also touted its "in-house manufacturing as an important advantage" over its competitors.  As a result of Defendants' misrepresentations, shares of Intel common stock traded at artificially inflated prices during the Class Period.

The truth began to emerge on June 11, 2020, when Intel announced that Jim Keller, whom the Company hired in 2018 to lead its chip engineering efforts, had abruptly resigned, effective immediately.  The Company also revealed significant leadership changes within its Technology, Systems Architecture and Client Group—the group responsible for engineering and manufacturing Intel's chips.  Then, on July 23, 2020, after the market closed, Intel disclosed that production of its seven-nanometer chips was 12 months behind schedule.  The Company attributed the delay to a "defect" in Intel's seven-nanometer manufacturing process.  Intel also revealed that, as a result of those production problems, it had established plans to outsource chip production to third-party manufacturers.  As a result of these disclosures, the price of Intel common stock declined precipitously.

Pursuant to the July 28, 2020 notice published in connection with the *Huang* action, under the Private Securities Litigation Reform Act of 1995, investors who purchased or otherwise acquired Intel securities during the Class Period may, no later than September 28, 2020, seek to be appointed as Lead Plaintiff for the Class.  Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Avi Josefson of BLB&G at 212-554-1493, or via e-mail at avi@blbglaw.com.

**About BLB&G**

BLB&G is widely recognized worldwide as a leading law firm advising institutional investors on issues related to corporate governance, shareholder rights, and securities litigation.  Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity and pioneered the use of the litigation process to achieve precedent-setting governance reforms.  Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering over $33 billion on behalf of defrauded investors.  More information about the firm can be found online at www.blbglaw.com.

**Contact**

Avi Josefson

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, New York 10020

(212) 554-1493

avi@blbglaw.com

SOURCE Bernstein Litowitz Berger & Grossmann LLP

Related Links

http://www.blbglaw.com

# EXHIBIT B

```
Wire: Business Wire (BUS) Date: Jul 28 2020  22:24:00
INTC CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit
Against Intel Corporation

   INTC CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud
   Lawsuit Against Intel Corporation

Business Wire

LOS ANGELES -- July 28, 2020

Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action
lawsuit in the United States District Court for the Northern District of
California captioned Huang v. Intel Corporation., et al., (Case No.
20-cv-05194) on behalf of persons and entities that purchased or otherwise
acquired Intel Corporation ("Intel" or the "Company") (NASDAQ: INTC)
securities between April 23, 2020 and July 23, 2020, inclusive (the "Class
Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the
Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have 60 days from the date of this
notice to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Intel investments or would like to inquire
about potentially pursuing claims to recover your loss under the federal
securities laws, you can submit your contact information at
https://www.glancylaw.com/cases/intel-corporation/. You can also contact
Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via
email at shareholders@glancylaw.com to learn more about your rights.

On July 23, 2020, after the market closed, Intel disclosed that production of
its 7-nanometer chips would be delayed after the Company had "identified a
defect mode in [its] 7-nanometer process that resulted in yield degradation."

On this news, the Company's share price fell $9.81, or approximately 16%, to
close at $50.59 per share on July 24, 2020, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class
Period, Defendants made materially false and/or misleading statements, as well
as failed to disclose material adverse facts about the Company's business,
operations, and prospects. Specifically, Defendants failed to disclose to
investors: (1) that Intel had identified a defect mode in its 7-nanometer
process that resulted in yield degradation; (2) that, as a result, the Company
would experience a six-month delay in its production schedule for 7-nanometer
products; (3) that Intel was reasonably likely to rely on third-party
foundries for manufacturing its 7-nanometer products; (4) that, as a result of
the foregoing, Intel was reasonably likely to lose market share to its
competitors who are already selling 7-nanometer products; and (5) that, as a
result of the foregoing, Defendants' positive statements about the Company's
business, operations, and prospects were materially misleading and/or lacked a
```

reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased Intel securities during the Class Period, you may move the Court no later than 60 days from the date of this notice to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles H. Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20200728006069/en/

Contact:

Glancy Prongay and Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
www.glancylaw.com
shareholders@glancylaw.com

-0- Jul/29/2020 02:24 GMT

------------------------------===========================-------------------------------
                              Copyright (c) 2020

############################## END OF STORY 1 ##############################